**FILED**

JUN 2 2 2005


CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY McCORMICK,

   Petitioner,

v.

D. ADAMS, Warden, et al.,

   Respondents.

No. CIV S-05-0735-DFL-GGH-P

**UNOPPOSED REQUEST TO EXTEND TIME OF FILE JOINT SCHEDULING STATEMENT TO AUGUST 9, 2005.**

Petitioners extension of time in which to file the joint schedule statement having been considered and good cause appearing,

IT IS HEREBY ORDERED that the joint scheduling statement shall be filed o0n or before August 9, 2005.

Dated: June 22, 2005

By _____
GREGORY G. HOLLOWS
United States Magistrate Judge

ORDER                                                                   PAGE 1