1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM HENRY McCORMICK,

11              Petitioner,              No. CIV S-05-0735 DFL GGH P

12        vs.

13   DARREL ADAMS, et al.,              ORDER

14              Respondents.

15   _____/

16              On August 4, 2005, the parties filed a joint status report.  Petitioner states that the

17   two claims raised in the petition are exhausted.  Petitioner anticipates that it will take him 90

18   days to review the transcripts and conduct an investigation into the unexhausted claims.

19   Petitioner proposes that he file a status report on November 7, 2005, informing the court whether

20   he will stand on the current petition, seek stay and abeyance or file an amended petition.

21              The court will grant petitioner until November 7, 2005, to inform the court how

22   he intends to proceed.  The status report must state whether petitioner intends to stand on the

23   original petition, file an amended petition, or seek stay and abeyance.  Following receipt of

24   petitioner's further status report, the court will set a briefing schedule.  Petitioner is cautioned

25   that no extensions of time will be granted to file the further status report.  Petitioner is also

26   reminded that for the court to grant any request to stay a habeas petition pending further

1

1   exhaustion, he must show good cause for having failed to previously exhaust his new claims.

2   Rhines v. Weber, ___ U.S. ___, 125 S. Ct. 1528 (2005).

3       Accordingly, IT IS HEREBY ORDERED that on or before November 7, 2005,

4   petitioner shall file the further status report discussed above.

5   DATED: 8/16/05

6

7                /s/ Gregory G. Hollows

8               GREGORY G. HOLLOWS
            UNITED STATES MAGISTRATE JUDGE

9   ggh:kj
 mccor735.sta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26