IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY McCORMICK,

    Petitioner,        No. CIV S-05-0735 DFL GGH P

    vs.

DARREL ADAMS, et al.,

    Respondents.      ORDER

_____/

    On November 5, 2005, petitioner filed a status report.

    Good cause appearing, IT IS HEREBY ORDERED that on or before January 6, 2006, petitioner shall file an amended petition; any motion for an evidentiary hearing shall be filed on or before that date as well; respondent's response to the amended petition is due thirty days thereafter; petitioner's reply is due thirty days thereafter.

Dated: 11/18/05

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

ggh:kj
mc735.sch

1