IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY McCORMICK,

    Petitioner,                No. CIV S-05-0735 DFL GGH P

    vs.

DARREL ADAMS, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of November 18, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 27, 2005 request for an extension of time is granted; and

        2. Petitioner shall file an amended petition on or before February 3, 2006; respondent's response to the amended petition is due thirty days thereafter; petitioner's reply is due thirty days thereafter.

DATED: 1/6/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:bb;mcco0735.111