IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY McCORMICK,

        Petitioner,

  v.

D. ADAMS, Warden, et al.,

        Respondents.

No. CIV S-05-0735-DFL-GGH-P

**ORDER.**

    Petitioner's request for enlargement of time which to file amended pleadings having been considered and good cause appearing,

    IT IS HEREBY ORDERED that the time in which file petitioner's amended pleadings shall be filed on or before March 6, 2006.

    Dated: 2/13/06                /s/ Gregory G. Hollows

                                            _____
                                            United States Magistrate Judge

mc735.eot

ORDER                                                                                  PAGE   1