IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY McCORMICK,

        Petitioner,

   v.

D. ADAMS, Warden, et al.,

        Respondents.

No. CIV S-05-0735-DFL-GGH-P

**ORDER**

Petitioner's third request for enlargement of time which to file amended pleadings having been considered and good cause appearing,

IT IS HEREBY ORDERED that the time in which file petitioner's amended pleadings shall be filed on or before April 6, 2006.

Dated: 3/13/06

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

mc735.eot(2)                                                                    PAGE   1