IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY McCORMICK,

     Petitioner,                    No. CIV S-05-0735 DFL GGH P

     vs.

DARREL ADAMS, et al.,

     Respondents.             <u>ORDER</u>

_____/

     Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 4, 2006, petitioner filed an amended petition. Several orders have been issued since petitioner originally filed this action, including a scheduling order. It appears that respondent has not been served with these orders.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Within thirty days of the date of this order, respondent shall file a response to the amended petition filed April 4, 2006; petitioner's reply is due thirty days thereafter;

     2. The Clerk of the Court is directed to serve this order on Deputy Attorney General Joe Graves; the Clerk is also directed to add Joe Graves to the service list for this action.

DATED: 6/28/06

                                          /s/ Gregory G. Hollows

mccor735.ord                             GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE